UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GO GLOBAL REALTY,<br><br>                          Plaintiff(s),<br><br>    v.<br><br>JULIA NELSON,<br><br>                          Defendant(s). | Case No. 2:18-CV-474 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *Go Global Realty v. Nelson*, case number 2:18-cv-00474-JCM-VCF.

On March 15, 2018, defendant Julia Nelson filed a petition for removal of this action from the justice court and a motion/application to proceed in forma pauperis. (ECF Nos. 1, 1-1). The motion references the basis for removal as 28 U.S.C. § 1446(d). Section 1446(d) provides procedures for removal, but does not govern a federal court's ability to exercise jurisdiction over a removed action. Defendant's filings do not cite a relevant jurisdictional statute or plead facts that support this court's exercise of jurisdiction in this case. The court will remand the case for want of jurisdiction.

Accordingly,

IT IS HEREBY ORDERED that this case be remanded to the Justice Court for Las Vegas Township.

IT IS FURTHER ORDERED that defendant's motion/application to proceed in forma pauperis (ECF No. 1) be, and the same hereby is, DENIED as moot.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     IT IS FURTHER ORDERED that defendant's motion for sanctions (ECF No. 4) be, and the same hereby is, DENIED as moot.

DATED April 10, 2018.

_____
UNITED STATES DISTRICT JUDGE